LAW OFFICES OF GREGORY JAVARDIAN
By Mary F. Kennedy, Esquire
Attorney I.D. # 77149
1310 Industrial Blvd.
1st Floor, Suite 101
Southampton, PA 18966
(215) 942-9690
Attorney for Citizens Bank, N.A. f/k/a RBS Citizens, N.A.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Marc J. Chernoff<br>　　　　　　Debtor(s) | Chapter 13 Proceeding<br><br>25-13698 DJB |
| Citizens Bank, N.A. f/k/a RBS Citizens,<br>N.A.<br>　　　　　　Movant<br><br>v.<br><br>Marc J. Chernoff<br>　　　　　　Respondent | |

**STIPULATION BY AND BETWEEN MARC J. CHERNOFF AND CITIZENS
BANK, N.A. F/K/A RBS CITIZENS, N.A.**

WHEREAS, the parties hereto, and their respective counsel, have agreed as to the

disposition of the Motion for Relief from the Automatic Stay filed by Mary F. Kennedy

on behalf of mortgagee, Citizens Bank, N.A. f/k/a RBS Citizens, N.A. ("Movant").

NOW, THEREFORE, intending to be legally bound, the parties hereto, herewith

stipulate as follows:

1. Movant is a mortgagee and holder of a perfected, secured claim against the

   Debtor(s) pursuant to a Note and Mortgage on Debtor(s)' real estate known as

   at 400 Highgate Drive, Ambler, PA 19002 ("the property").

{01058376}

2. On March 18, 2026 Debtor(s) filed an Amended Plan. The Amended Plan proposes to sell the property and states that the closing shall be completed by July 30, 2026.

3. Upon approval by the United States Bankruptcy Court of the within Stipulation, Debtor(s) and secured creditor, Citizens Bank, N.A. f/k/a RBS Citizens, N.A., agree to the following:

    (a) Debtor(s) acknowledges that the current regular monthly post-petition mortgage payment is $3,759.75 per month. The monthly payment is subject to change in accordance with the terms of the Note and Mortgage.

    (b) Debtor(s) acknowledge that debtor(s) is currently due for the following amounts post-petition:

| | |
|---|---|
| 10/1/2025 Payment | $3,759.75 |
| 11/1/2025 Payment | $3,759.75 |
| 12/1/2025 Payment | $3,759.75 |
| 1/1/2026 Payment | $3,759.75 |
| 2/1/2026 Payment | $3,759.75 |
| 3/1/2026 Payment | $3,759.75 |
| 4/1/2026 Payment | $3,759.75 |
| 5/1/2026 Payment | $3,759.75 |
| TOTAL | $30,078.00 |

    (c) Commencing on June 1, 2026 Debtor(s) shall make monthly adequate protection payments in the amount of $3,759.75 to Movant. The adequate protection payments shall be due on the first of each month. The adequate protection payments shall continue until the property is sold and Movant's mortgage loan is paid in full. The adequate protection payments shall be made directly by the Debtor(s).

{01058376}

(d) Debtor(s) agrees that the property shall be sold and that Movant's mortgage loan will be paid in full on or before July 30, 2026.

(e) All payments from Debtor(s) to Citizens Bank, N.A. f/k/a RBS Citizens, N.A. its successors and/or assigns shall be in the form of certified funds or Trustee checks if conduit payments.

(f) The provisions of the Stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this Stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

(g) The Debtor(s) shall timely tender all payments and comply with all conditions in accordance with this Stipulation.  If such payments or conditions are not timely made, Movant may provide the Debtor(s) and their counsel with fifteen (15) days written notice of default. If the default is not cured within the fifteen (15) day period, Movant may certify the default to this Court and an Order shall be entered granting Citizens Bank, N.A. f/k/a RBS Citizens, N.A. its successors and/or assigns relief from the automatic stay without further notice and hearing.

(h) Should Citizens Bank, N.A. f/k/a RBS Citizens, N.A. its successors and/or assigns be granted relief from the stay after filing a Certification of Default in accordance with paragraph 2(g) above, the parties agree that the said relief order shall include the following language: "bankruptcy Rule 4001(a)(4) is not applicable and Movant

{01058376}

is allowed to immediately proceed with foreclosure and all other relief available under the Non Bankruptcy law."

(i)   The parties agree that a facsimile may be submitted to the Court as if it were an original.

STIPULATED AND AGREED TO BY:

/s/ Brad J. Sadek                                       Date: May 20, 2026
Brad J. Sadek, Esquire
Attorney for Debtor, Marc J. Chernoff

/s/ Mary F. Kennedy                                    Date: May 20, 2026
Mary F. Kennedy, Esquire
Attorney for Citizens Bank, N.A. f/k/a RBS Citizens, N.A.

NO Objection

/s/ LeeAne O. Huggins
_____          Date: _June 2, 2026_____
Kenneth E. West, Esquire
Trustee

On this ___ day of _____, 2026, approved by the Court.

_____
United States Bankruptcy Judge
Derel J. Baker

{01058376}