LAW OFFICE OF GREGORY JAVARDIAN, LLC
BY:    MARY F. KENNEDY, ESQUIRE
ID# 77149
1310 INDUSTRIAL BLVD.
1ST FLOOR, SUITE 101
SOUTHAMPTON, PA  18966
(215) 942-9690
Attorney for Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>    Marc J. Chernoff<br><br>        Debtor(s) | Chapter 13 Proceeding<br><br>25-13698 DJB |

## CERTIFICATION OF DEFAULT

AND NOW, comes secured Creditor, Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania (Movant) by and through its counsel, Mary F. Kennedy, and files this Certification of Default to obtain an order for Relief from the Automatic Stay due to Debtor's failure to comply with the terms of the Stipulation resolving a Motion for Relief from Stay and avers the following:

1. On April 24, 2026 the attached Stipulation was approved by the Court. See Exhibit "A" attached hereto and made a part hereof.

2. Paragraph 2 (c) of the Stipulation provides that "Commencing with the March 22, 2026 payment Debtor(s) shall resume and shall continue to make all regular monthly post-petition mortgage payments when they are due in accordance with the Note and Mortgage."

3. Paragraph 2 (h) of the Stipulation requires the Debtor to comply with all conditions of the Stipulation and "if such payments or conditions are not timely made, Movant may provide the Debtor(s) and their counsel with fifteen (15) days written notice if default." If the default is not cured within fifteen (15) days, the Stipulation provides that Movant may certify default to the Court and an order granting Movant relief from the stay shall be entered without further notice and hearing.

4. Debtor did not make the regular post-petition payments as required by the Stipulation and on June 2, 2026, Movant sent a Notice of Default to the

{01062902}

Debtor and Debtor's Counsel Brad J. Sadek, Esquire. See Exhibit "B" attached hereto and made a part hereof.

5.   As of the date of the filing of this Certification of Default Movant has not received the following payments that were due pursuant to the Stipulation attached as Exhibit "A.":

| | |
|---|---|
| 3/22/2026 regular payment | $1,325.16 |
| 4/22/2026 regular payment | $1,223.20 |
| 5/22/2026 regular payment | $1,263.99 |
| Funds received 6/8/2026 | -$1,223.20 |
| Attorney Fees for Notice of Default & Certificate of Default | $250.00 |
| TOTAL | $2,839.15 |

WHEREFORE, Movant respectfully requests this Honorable Court ORDER:

That Relief from the Automatic Stay be granted to Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania to proceed with foreclosure action to obtain all other Relief available under Non-Bankruptcy Law. That the relief granted by the Court will survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code. And that bankruptcy Rule 4001(a)(4) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law. That Federal Rule of Bankruptcy Procedure 3002.1 is no longer applicable. Furthermore, Movant respectfully requests that reasonable attorney fees and costs associated with this Certification of Default be awarded to Movant.

Respectfully Submitted:

/s/ Mary F. Kennedy
Attorney for: Citizens Bank, N.A.
s/b/m to Citizens Bank of
Pennsylvania
Attorney ID:  77149

Date: June 30, 2026

{01062902}