# EXHIBIT A

LAW OFFICES OF GREGORY JAVARDIAN
By Mary F. Kennedy, Esquire
Attorney I.D. # 77149
1310 Industrial Blvd.
1st Floor, Suite 101
Southampton, PA 18966
(215) 942-9690
Attorney for Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Marc J. Chernoff<br>              Debtor(s) | Chapter 13 Proceeding<br><br>25-13698 DJB |
| Citizens Bank, N.A. s/b/m to Citizens Bank<br>of Pennsylvania<br>              Movant | |
| v. | |
| Marc J. Chernoff<br>              Respondent | |

## STIPULATION BY AND BETWEEN MARC J. CHERNOFF AND CITIZENS BANK, N.A. S/B/M TO CITIZENS BANK OF PENNSYLVANIA

WHEREAS, the parties hereto, and their respective counsel, have agreed as to the disposition of the Motion for Relief from the Automatic Stay filed by Mary F. Kennedy on behalf of mortgagee, Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania ("Movant").

NOW, THEREFORE, intending to be legally bound, the parties hereto, herewith stipulate as follows:

1. Movant is a mortgagee and holder of a perfected, secured claim against the Debtor pursuant to a Note and Mortgage on Debtor's real estate known as at 400 Highgate Drive, Ambler, PA 19002.

{01041556}

2. Upon approval by the United States Bankruptcy Court of the within
Stipulation, Debtor and secured creditor, Citizens Bank. N.A. s/b/m to
Citizens Bank of Pennsylvania, agree to the following:

   (a) Debtor(s) acknowledges that the current regular monthly post-petition
   mortgage payment is $1,288.11 per month. The monthly payment is
   subject to change in accordance with the terms of the Note and
   Mortgage.

   (b) Debtor(s) acknowledge that debtor(s) is currently due for the following
   amounts post-petition:

   | | |
   |---|---|
   | 10/22/2025 Payment | $1,359.16 |
   | 11/22/2025 Payment | $1,313.55 |
   | 12/22/2025 Payment | $1,356.23 |
   | 1/22/2026 Payment | $1,266.91 |
   | 2/22/2026 Payment | $1,288.11 |
   | Motion for Relief Attorney Fees & Costs | $1,549.00 |
   | TOTAL | $8,132.96 |

   (c) Commencing with the March 22, 2026 payment the Debtor(s) shall
   resume and shall continue to make all regular monthly post petition
   mortgage payments when they are due in accordance with said Note
   and Mortgage.

   (d) Within fifteen (15) days of the Court's approval of this Stipulation,
   Debtor(s) shall amend the Plan to provide for the payment of the post-
   petition arrears of $8,132.96 to Movant through the Plan.

   (e) Within fifteen (15) days of the Court's approval of this Stipulation
   Movant shall amend its Proof of Claim to add the $8,132.96 in post-
   petition arrears to its arrears claim.

{01041556}

(f) All payments from Debtor(s) to Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania its successors and/or assigns shall be in the form of certified funds or Trustee checks if conduit payments.

(g) The provisions of the Stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this Stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

(h) The Debtor(s) shall timely tender all payments and comply with all conditions in accordance with this Stipulation. If such payments or conditions are not timely made, Movant may provide the Debtor(s) and their counsel with fifteen (15) days written notice of default. If the default is not cured within the fifteen (15) day period, Movant may certify the default to this Court and an Order shall be entered granting Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania its successors and/or assigns relief from the automatic stay without further notice and hearing.

(i) Should Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania its successors and/or assigns be granted relief from the stay after filing a Certification of Default in accordance with paragraph 2(h) above, the parties agree that the said relief order shall include the following language: "bankruptcy Rule 4001(a)(4) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non Bankruptcy law."

{01041556}

(j)   The parties agree that a facsimile may be submitted to the Court as if it

were an original.

STIPULATED AND AGREED TO BY:

/s/ Brad J. Sadek                                    Date: 2/24/2026
Brad J. Sadek, Esquire
Attorney for Debtor, Marc J. Chernoff

/s/ Mary F. Kennedy                                  Date: 2/24/2026
Mary F. Kennedy, Esquire
Attorney for Citizens Bank, N.A. s/b/m to Citizens Bank of Pennsylvania

No Objection - Without Prejudice to Any
Trustee Rights or Remedies

/s/ LeeAne O. Huggins                                Date: __April 21, 2026__
Kenneth E. West, Esquire
Trustee

On this ___ day of _____, 2026, approved by the Court.

**Date: April 24, 2026**                             _____
                                                     United States Bankruptcy Judge
                                                     Derek J. Baker

{01041556}